IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

     Petitioner,

v.                                                                    Case No. 1:25-cv-163-AW-MAF

SECRETARY, Florida Department
of Children and Families,

     Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael Lorusso, a pro se prisoner, initiated this § 2241 case. He has initiated several others, too. The magistrate judge issued a report and recommendation, concluding I should dismiss this case as duplicative. ECF No. 7. Lorusso has filed objections, ECF No. 9, and I have considered the matter de novo.

I now overrule the objections. I also adopt the report and recommendation and incorporate it into this order. I also conclude the petition is frivolous, and I conclude this is an independent reason to dismiss.

Lorusso's motion for appointed counsel (ECF No. 8) is DENIED. Lorusso has no statutory or constitutional right to counsel in this circumstance, and as a matter of discretion, I conclude no appointment would be useful or appropriate.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on September 15, 2025.

s/ *Allen Winsor*
Chief United States District Judge